IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GAYLE BROOKS,

    Plaintiff,

v.                                        CASE NO.: 1:10cv73-SPM/AK

UNUM LIFE INSURANCE COMPANY
OF AMERICA, a foreign corporation,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR LEAVE TO AMEND AND DENYING AS
MOOT MOTION TO STRIKE OR FOR MORE DEFINITE STATEMENT**

This cause comes before the Court on Defendant's Motion to Strike and/or Motion for More Definite Statement (doc. 5) and Plaintiff's Motion to Amend Complaint (doc. 6). Upon consideration, it is

ORDERED AND ADJUDGED:

1. Plaintiff's Motion to Amend Complaint (doc. 6) is granted. The clerk shall file the Amended Complaint (doc. 6-1).

2. Defendant's Motion to Strike and/or Motion for More Definite Statement (doc. 5) is denied as moot, and without prejudice to Defendant's opportunity to file a new motion directed toward the Amended Complaint.

DONE AND ORDERED this 16th day of June, 2010.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Chief United States District Judge